SACHS, MAITLIN, FLEMING & GREENE
By: Raymond J. Fleming - 004311973
80 Main Street, Suite 310
West Orange, New Jersey 07052-5414
Attorneys for defendant, Gerri Pinon, R.N. (improperly pleaded as Gerri Prinon)
Our File No. 25766

| | |
|---|---|
| STEPHEN UDOH,<br><br>                    Plaintiff,<br><br>vs.<br><br>GERRI PRINON; BRANDI LAPADULA; MICHELLE SHEETS; SUSAN RAKE; JOHN NICHOL; ANGELA SUBBE;,<br>                    Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION<br><br>CASE NO. 14-2413 (JAP)<br><br>CERTIFICATION |

I, Raymond J. Fleming, of full age, hereby certify as follows:

1. I am an attorney at law in the State of New Jersey and a Partner of the law firm of Sachs, Maitlin, Fleming & Greene, attorneys for defendant, Gerri Pinon, R.N. (improperly pleaded as Gerri Prinon), and am fully familiar with the facts and circumstances stated herein.

2. On November 13, 2014, my secretary uploaded and filed our Answer to the Complaint to the U.S. District Court website for filing.

3. This document is not Confidential Material and was marked restricted in error by my secretary during the filing process.

I hereby certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

                                             RAYMOND J. FLEMING, ESQ.
                                             Attorney for Defendant,
                                             Gerri Pinon, R.N.

Dated: November 17, 2014